Clear Form

1
2
3
4
5
6
7

*FILED*
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND DISTRICT OF CALIFORNIA

8          **UNITED STATES DISTRICT COURT**
                                                                          ADR
9          **NORTHERN DISTRICT OF CALIFORNIA**

10   BABATUNDE M. WHITE                    )
                                           )
11                          Plaintiff,     )   CASE NO. **C08-02013**
                                           )
12   vs.                                   )   **APPLICATION TO PROCEED**
                                           )   **IN FORMA PAUPERIS**
13   GREENWICH INVESTORS XXVI, LLC. et, al )   (Non-prisoner cases only)
     Does 1-50 inclusive                   )
14                          Defendant.     )
                                           )
15

16          I, Babatunde M. White              , declare, under penalty of perjury that I am the plaintiff

17   in the above entitled case and that the information I offer throughout this application is true and

18   correct. I offer this application in support of my request to proceed without being required to

19   prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20   unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21          In support of this application, I provide the following information:

22   1.     Are you presently employed?                    Yes _____ No _✓_

23   If your answer is "yes," state both your gross and net salary or wages per month, and give the

24   name and address of your employer:

25   Gross: _____ Net: _____

26   Employer: _____

27   _____

28   If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1    and wages per month which you received.

2    05/2007  Gross-$2600  1099 filing

3    _____

4    _____

5    2.    Have you received, within the past twelve (12) months, any money from any of the

6    following sources:

7         a.    Business, Profession or              Yes _✓_ No ___

8               self employment?

9         b.    Income from stocks, bonds,           Yes ___ No _✓_

10              or royalties?

11        c.    Rent payments?                       Yes ___ No _✓_

12        d.    Pensions, annuities, or              Yes ___ No _✓_

13              life insurance payments?

14        e.    Federal or State welfare payments,   Yes ___ No _✓_

15              Social Security or other govern-

16              ment source?

17   If the answer is "yes" to any of the above, describe each source of money and state the amount

18   received from each.

19   source was from National Realty Inc. for $2600.00 on a 1099

20   _____

21   3.    Are you married?                          Yes _✓_ No ___

22   Spouse's Full Name: Lakita Long- White

23   Spouse's Place of Employment: STE Consultants 1644 Cipriani Pl. Brentwood CA 94513

24   Spouse's Monthly Salary, Wages or Income:

25   Gross $ 2500.00 _____ Net $ same

26   4.    a.    List amount you contribute to your spouse's support:$ 0

27         b.    List the persons other than your spouse who are dependent upon you for support

28               and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2    KS right now 0.00

3    CW= right now 0.00

4    5.    Do you own or are you buying a home?    Yes ✓ No ____

5    Estimated Market Value: $ 599,000 _____ Amount of Mortgage: $ 7,855.00 _____

6    6.    Do you own an automobile?    Yes ✓ No ____

7    Make mercedes _____ Year 2001 _____ Model S600 _____

8    Is it financed? Yes _____ No ✓ If so, Total due: $ _____

9    Monthly Payment: $ _____

10    7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

11    Name(s) and address(es) of bank: B OF A _____

12    _____

13    Present balance(s): $ 0.00 _____

14    Do you own any cash? Yes ____ No ✓ Amount: $ _____

15    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16    market value.)    Yes ____ No ✓

17    _____

18    8.    What are your monthly expenses?
      Mortgage
19    Rent: $ _over $5,000_ Utilities: $600.00 _____

20    Food: $ ___350.00___ Clothing: 150.00 _____

21    Charge Accounts:

22    Name of Account    Monthly Payment    Total Owed on This Account

23    N/A _____ $ _____ $ 0.00 _____

24    N/A _____ $ _____ $ _____

25    N/A _____ $ _____ $ _____

26    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27    they are payable. Do not include account numbers.)

28    Child Care / Children First= $ 650.00 _____

- 3 -

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ____ No ✓

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  04/10/2008              Babatunde M. White

12       DATE                      SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28