UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |   |
|---|---|---|
| BABATUNDE WHITE, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-2013 BZ |
| | ) | |
| v. | ) | **ORDER DENYING REQUEST FOR** |
| | ) | ***IN FORMA PAUPERIS* STATUS** |
| GREENWICH INVESTORS XXVI, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a document titled Complaint for Damages, Petition For Removal and Supplemental of [sic] Jurisdiction (pursuant to 28 U.S.C.A. 1367). He has also applied to proceed *in forma pauperis*. Having reviewed his application, **IT IS HEREBY ORDERED** that the application is **DENIED**. While plaintiff may not be employed, his spouse is, and they own a home with an estimated market value of $599,000 and a $7,855.00 mortgage, leaving a substantial equity. They also own an expensive Mercedes automobile on which there appear to be no liens. Under these circumstances I find plaintiff does not qualify financially to proceed *in forma pauperis*. If plaintiff wishes this case to proceed, he shall

1

pay the filing fee forthwith and serve defendants.  If he does not pay the $350.00 filing fee by **May 30, 2008**, this lawsuit may be dismissed.

Dated: May 5, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHITE V. GREENWICH INVESTORS\ORDER DENYING IFP STATUS.wpd