FILED

08 MAY 23 PM 12: 16

40 r

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

, Babatunde White

Plaintiff(s),

v.

, Greenwich Investors XXVI LLC

Defendant(s).

No. C  C08 - 02013

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5 | 20 | 2008

Signature Babatunde White

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")

United States District Court

For the Northern District of California