BABATUNDE M. WHITE
PRO SE
1644 Cipriani Pl.
Brentwood, Ca. 94513
925-470-5757 (PH)
925-237-2129 (FAX)
thecreative100@yahoo.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BABATUNDE M. WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>GREENWICH INVESTORS XXVI, LLC,<br><br>FREEMONT INVESTMENT & LOAN,<br><br>WMD CAPITAL MARKETS, LLC,<br><br>WMD REALTY INC.,<br><br>MTC Financial Inc. dba Trustee Corps.,<br><br>Freemont General Corporation,<br><br>Select Portfolio Servicing, Does 1-50,<br><br>Defendant(s) | CASE NO: C08-02013 BZ<br><br>NOTICE OF RELATED CASE<br><br>JUDGE: Honorable Bernard Zimmerman |

NOTICE OF RELATED CASE

I Babatunde White the plaintiff in this action case number C08-02013 am notifying this court of a related case pending in this jurisdictional court with the Honorable Judge Edward M. Chen, case number C8-02016 a removal from the state court Pittsburg branch in Contra Costa County.

NOTICE OF RELATED CASE - 1

1  on an illegal and fraudulent foreclosure action that resulted in Greenwich Investors XXVI, LLC,
2  obtaining title, and filing for an unlawful detainer. Plaintiff White filed a complaint in the United
3  States Oakland Division April 17th 2008 for damages and was awaiting the decision from the
4  court on application to proceed in Forma Pauperis which is now concluded. Plaintiff has initiated
5  service on defendants. Plaintiff is asking this Honorable Judge to transfer this case to the
6  Honorable Judge Edward Chen, so as not to incur expenses, confusion and not waste the courts
7  time.

Dated this 15th day of May, 2008

By: *Babatunde M. White*
BABATUNDE M. WHITE
PRO SE
1644 Cipriani Pl.
Brentwood, Ca. 94513
925-470-5757 (PH)
925-237-2129 (FAX)
thecreative100@yahoo.com

NOTICE OF RELATED CASE - 2