UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Babatunde White,

Plaintiff(s).

v.

Greenwich Investors XXVI, LLC, et al.,

Defendant(s).

_______________________________/

No. C08-2321 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Case Management Conference set for **August 4, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: May 27, 2008

Richard W. Wieking, Clerk
United States District Court

Lashanda Scott

By: Lashanda Scott - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE,

Plaintiff,

v.

GREENWICH INVESTORS XXVI, LLC. et al,

Defendant.
_________________________________/

Case Number: CV08-02013 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Babatunde White
1644 Cipriani Place
Brentwood, CA 94513

Dated: May 27, 2008

Lashanda Scott
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk