1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

White,

                    Plaintiff(s),

        v.

Greenwich Investors XXVI, LLC,

                    Defendant(s).

08-02013 SBA

**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4          It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur <u>before</u> the Case Management Conference.

6

7

8   Dated: August 28, 2008

9                                              RICHARD W. WIEKING
                                               Clerk
10                                             by:     Lisa M. Salvetti

11

12

13                                             _____
                                               ADR Administrative Assistant
                                               415-522-2032
                                               lisa_salvetti@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:         White v. Greenwich Investors XXVI, LLC

Case Number:       08-02013 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 28, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Babatunde White
> 1644 Cipriani Place
> Brentwood, CA 94513
>
> Jonathan Seigel
> Scheer Law Group
> 155 N. Redwood Drive
> Suite 100
> San Rafael, CA 94903
> jseigel@scheerlawgroup.com
>
> Reilly Dennis Wilkinson
> Scheer Law Group, LLP
> 155 N. Redwood Drive, Suite 100
> San Rafael, CA 94903
> rwilkinson@scheerlawgroup.com
>
> Austin D. Garner
> Scheer Law Group, LLP
> 155 N. Redwood Drive, Suite 100
> San Rafael, CA 94903

agarner@scheerimfeldlaw.com

Joshua Louis Scheer
Scheer Law Group, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903

Spencer Paul Scheer
Scheer Law Group, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903

[ ] by Facsimile, I caused said documents to be transmitted to the following
parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully
prepaid in the United States Post Office Mail Box in San Francisco, California,
addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on August 28, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov